ORDER:
Motion Denied as Moot
in view of Docket No. 24.

*E. Clifton Knowles*
U.S. Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BILL CHAPMAN and LISA CHAPMAN, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> JP MORGAN CHASE BANK, N.A., ) <br> CHASE HOME FINANCE, LLC, and ) <br> WILSON & ASSOCIATES, PLLC; and ) <br> DOES 1-10, ) <br> ) <br> Defendants. ) <br> ) | Case No. 3:12-cv-00623 |

## MOTION NUNC PRO TUNC FOR CONTINUANCE OF INITIAL DISCOVERY CONFERENCE

Plaintiffs, Bill and Lisa Chapman, by and though Counsel, hereby file this Motion Nunc Pro Tunc for Continuance of Initial Discovery Conference. In support of this Motion, Plaintiff relies on a memorandum filed simultaneously herewith.

Respectfully Submitted,

*s/John Higgins*
JOHN F. HIGGINS BPR# 26845
Attorney for Plaintiff
116 Third Avenue South
Nashville, Tennessee 37201
Office # (615) 496-1127
Fax #  (615) 254-0263